UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:05CR173-DJS |
| | ) | |
| DAVID ANDREW MAPLES and | ) | |
| DWIGHT ANDREW PAULEY, | ) | |
| | ) | |
| Defendants. | ) | |

<u>ORDER</u>

No objections having been filed, and defendants having waived pretrial motions,

**IT IS HEREBY ORDERED** that the magistrate judge's recommendations [Docs. #45 & #52] are accepted and adopted.

**IT IS FURTHER ORDERED** that defendant Pauley's motion to suppress evidence and statements [Doc. #38] and defendant Maples' motions to suppress statements [Doc. #41] and to suppress physical evidence [Doc. #42] are denied as moot.

Dated this __14th__ day of June, 2005.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE